MARILYN S. MATTHEWS *v.* NAGY BROTHERS
CONSTRUCTION COMPANY, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 88 Conn. App. 787 (AC 24560), is denied.

*Paul E. Pollock,* in support of the petition.

*Kevin J. Gumpper,* in opposition.

Decided June 15, 2005

VAUGHN OUTLAW *v.* COMMISSIONER OF
CORRECTION

The petitioner Vaughn Outlaw's petition for certification for appeal from the Appellate Court, 88 Conn. App. 902 (AC 25020), is denied.

*Mark M. Rembish,* special public defender, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided June 15, 2005

TRINITY UNITED METHODIST CHURCH OF
SPRINGFIELD, MASSACHUSETTS *v.*
DANIEL LEVESQUE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 88 Conn. App. 661 (AC 25458), is denied.

*James W. Sherman,* in support of the petition.

*Michael D. O'Connell* and *Erin L. Arcesi,* in opposition.

Decided June 15, 2005